IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>950 Pennsylvania Avenue NW,<br>Washington, D.C. 20530<br><br>  Plaintiff,<br><br>  v.<br><br>NATALIE FORD,<br>3251 Fort Lincoln Drive NE,<br>Washington, D.C. 20018<br><br>  Defendant. | Case No. 1:24-cv-1788 |

**COMPLAINT TO REDUCE TAX ASSESSMENTS TO JUDGMENT**

Plaintiff, the United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, brings this action to reduce to judgment unpaid federal income taxes, penalties, and interest against defendant Natalie Ford. In support of this action, the United States alleges as follows:

1. This is a civil action in which the United States seeks to reduce to judgment the unpaid assessments for federal income tax, penalties, and interest made against defendant Natalie Ford.

**JURISDICTION & VENUE**

2. Jurisdiction is conferred upon this Court by virtue of 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. § 7402.

3. Venue is proper in this district under 28 U.S.C. §§ 1391 and 1396, because the defendant resides in this judicial district.

## PARTIES

4. Plaintiff is the United States of America.

5. Defendant Natalie Ford resides in Washington D.C., within this judicial district.

## COUNT I – REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGEMENT

6. The United States incorporates paragraphs 1 through 5 of the complaint as if fully set forth herein.

7. A delegate of the Secretary of the Treasury of the United States made assessments for unpaid federal income taxes against Natalie Ford on the dates and for the tax periods set forth below:

| Tax Period | Initial Assessment Date | Income Tax Assessment | Outstanding Balance as of 2/19/2024 (including penalties and interest) |
|---|---|---|---|
| 2009 | 8/11/2014 | $16,823.00 | $41,462.12 |
| 2010 | 8/11/2014 | $16,746.00 | $41,321.54 |
| 2011 | 8/11/2014 | $15,732.00 | $37,723.37 |
| 2012 | 8/11/2014 | $16,148.00 | $37,617.51 |
| 2013 | 5/15/2017 | $17,400.00 | $39,048.23 |
| 2014 | 5/15/2017 | $17,851.00 | $38,761.75 |
| 2015 | 1/2/2023 | $16,609.00 | $13,974.46 |
| 2016 | 3/21/2022 | $20,192.00 | $14,079.20 |
| 2017 | 3/21/2022 | $22,268.00 | $14,794.61 |
| 2018 | 3/21/2022 | $11,752.00 | $7,192.15 |
| 2019 | 2/20/2023 | $10,013.00 | $4,875.66 |
| 2020 | 1/16/2023 | $19,734.00 | $5,650.16 |
| 2021 | 11/21/2022 | $20,441.00 | $6,450.94 |
| | | Total | $302,951.70 |

8. A delegate of the Secretary of the Treasury gave notice of the tax assessments described in paragraph 7 to Natalie Ford and made demand for payment of those assessments.

9. Additional penalties and interest have accrued and will continue to accrue as provided by statute on the assessments described in paragraph 7.

10. Natalie Ford has failed to pay the United States the full amount owed as a result of the tax assessments described in paragraph 7.

11. Natalie Ford is indebted to the United States for federal income taxes, penalties, and interest in the amount of $302,951.70 as of February 19, 2024, plus additional penalties and interest that have accrued after that date and will continue to accrue according to law.

12. The United States is entitled to judgment against Natalie Ford for the liability identified in paragraph 11 above.

WHEREFORE, the United States of America respectfully requests that the Court:

A. Enter judgement for plaintiff United States of America and against the defendant Natalie Ford in the amount of $302,951.70 as of February 19, 2024, for federal income tax, penalties and interest for the years 2009 to 2021, plus additional penalties and interest that will accrue from that date according to law; and

B. Grant the United States of America such further relief, including the costs and fees of this action, that the Court deems appropriate.

Date: June 20, 2024.                                Respectfully submitted,

        David A. Hubbert
        Deputy Assistant Attorney General
        Tax Division

        /s/ Kristina M. Portner
        Kristina M. Portner
        D.C. Bar # 1002793
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 227
        Washington, D.C. 20044
        Telephone: (202) 514-0451
        Fax: (202) 514-6866
        Email: Kristina.M.Portner@usdoj.gov

        *Counsel for the United States of America*